# SCHEDULE A

**AUTHORITY FOR THE TAKING:**

The acquisition is authorized in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize condemnation and the filing of a Declaration of Taking, 33 U.S.C. § 594, which authorizes the Secretary of the Army to "cause[] proceedings to be instituted in the name of the United States for the acquirement by condemnation of any lands, easements, or rights of way needed for a work of river and harbor improvements duly authorized by Congress," and the Water Resources Development Act 2007, Pub. L. No. 110-114, §1001(44), 121 Stat. 1041, 1056-1057 (2007), which authorizes the Atlantic Intracoastal Waterway Bridge Replacement, Deep Creek, Chesapeake, Virginia.

Congress appropriated the funds to construct the Project through the Consolidated Appropriations Act of 2016, Pub. L. No. 114-113, 129 Stat. 2242 (2015) and the Consolidated Appropriations Act of 2017, Pub. L. No. 115-31, 131 Stat. 135 (2017). The authorized cost of the project was increased to $59.5M in 2020 by the Water Resources Development Act of 2021. The additional appropriation came from the Consolidated Appropriations Act of 2020, Pub. L. No. 116-260, 134 Stat. 1182 (2020).

This authority is exercised by the Deputy Assistant Secretary of the Army (Installations, Housing, and Partnerships) pursuant to delegation by General Order 2020-01 (March 6, 2020) and Assistant Secretary of the Army (Installations, Energy and Environment) Memorandum for Deputy Assistant Secretary of the Army, Installations, Housing and Partnerships dated September 15, 2023, Subject: Assignment of Real Property Condemnation Functions and Responsibilities to the Deputy Assistant Secretary of the Army, Installations, Housing and Partnerships