## SCHEDULE B

**PUBLIC PURPOSE:**

The public purposes for which said lands, and such interest in lands, are taken are as follows:

The construction of the Atlantic Intracoastal Waterway Bridge Replacement Project, Deep Creek, Chesapeake, Virginia, and for such other uses as may be authorized by Congress or by Executive Order.