SCHEDULE C

**LEGAL DESCRIPTIONS:** The land which is the subject matter of this proceeding consists of Tract Nos. 126 Fee, 126E-1, 126E-2, 127 Fee, 127E-1, 127E-2, as more fully described below.

Tract No. 126 Fee

**LEGAL DESCRIPTION:** A piece of land being, lying and situate in the Deep Creek borough of the City of Chesapeake, Virginia and being designated as a portion of parcel 126, as shown on plat entitled "ALTA/NSPS Land Title Survey Showing a Portion of a Parcel Owned By MSF Investors II, LLC And Arcadia Equity Associates to be Acquired for U.S. Army Corps of Engineers Bridge Replacement, Deep Creek" and more particularly described as follows:

Point of beginning being at the northwest corner of the above referenced parcel 126 along the southern right of way (r/w) of Moses Grandy Trail, with a north coordinate of 3436246.6097 and east coordinate of 12114931.7194; thence, along said r/w s 64° 33' 48" E 50.00 feet to a point; thence, leaving said r/w s 25° 26' 12" W 2.00 feet to a point on the proposed southern r/w of Moses Grandy Trail; thence along a curve to the left having a radius of 1336.50 feet, an arc length of 50.22 feet, a chord bearing of n 69° 43' 53" W, a chord distance of 50.21 feet, and a delta angle of 02° 09' 10" to a point; thence, N 25° 26' 12" e 6.52 feet to the point of beginning, containing 205 square feet or 0.0047 acre.

Being a part of the land identified as "Parcel E" in the deed of distribution recorded 06/30/2020 in book 10173 and page 1502 in the clerk's office of the Circuit Court for the City of Chesapeake, Virginia.

Tract No. 126E-1

**LEGAL DESCRIPTION:** A piece of land being, lying and situate in the Deep Creek borough of the City of Chesapeake, Virginia and being designated as a portion of parcel 126, as shown on plat entitled "ALTA/NSPS Land Title Survey Showing a Portion of a Parcel Owned by MSF Investors II, LLC and Arcadia Equity Associates to be Acquired for U.S. Army Corps of Engineers Bridge Replacement, Deep Creek", and more particularly described as follows:

Point of beginning being at the northwest corner of the above referenced parcel 126 Fee along the southern right of way (r/w) of Moses Grandy Trail, with a north coordinate of 3436246.6097 and east coordinate of 12114931.7193; thence, S 25° 26' 12" W 18.04 feet to the true point of beginning; thence, S 38° 13' 36" e 11.97 feet to a point; thence, S 51° 46' 24" w 10.00 feet to a point; thence, N 38° 13' 36" w 7.02 feet to a point; thence, N 25° 26' 12" E 11.16 feet to the true point of beginning, containing 95 square feet or 0.0022 acre.

Being a part of the land identified as "Parcel E" in the deed of distribution recorded 06/30/2020 in book 10173 and page 1502 in the clerk's office of the Circuit Court for the City of Chesapeake, Virginia.

Tract No. 126E-2

**LEGAL DESCRIPTION:** A piece of land being, lying and situate in the Deep Creek borough of the City of Chesapeake, Virginia and being designated as a portion of parcel 126, as shown on plat entitled "ALTA/NSPS Land Title Survey Showing A Portion of a Parcel Owned By MSF Investors II, LLC And Arcadia Equity Associates to be Acquired for U.S. Army Corps of Engineers Bridge Replacement, Deep Creek" and more particularly described as follows:

Point of beginning being at the northwest corner of the above referenced parcel 126 Fee along the southern right of way (r/w) of Moses Grandy Trail, with a north coordinate of

3436246.6097 and east coordinate of 12114931. 7194; thence, S 25° 26' 12" w 6.52 feet to the true point of beginning; thence, along the proposed southern r/w of Moses Grandy Trail a curve to the right having a radius of 1336.50 feet, an arc length of 50.22 feet, a chord bearing of s 69° 43' 53" E, a chord distance of 50.21 feet, and a delta angle of 02° 09' 10" to a point; thence, leaving said r/w S 25° 26' 12" w 89.07 feet to a point; thence, N 64° 33' 29" w 50.00 feet to a point; thence, N 25° 26' 12" e 61.87 feet to a point; thence, S 38°13'36" e 7.02 feet to a point; thence, N 51° 46' 24" e 10.00 feet to a point; thence, N 38°13'36" w 11.97 feet to a point; thence, N 25° 26' 12" e 11.52 feet to the true point of beginning, containing 4,253 square feet or 0.0976 acre.

Being a part of the land identified as "Parcel E" in the deed of distribution recorded 06/30/2020 in book 10173 and page 1502 in the clerk's office of the Circuit Court for the City of Chesapeake, Virginia.

## Tract No. 127 Fee

**LEGAL DESCRIPTION:** A piece of land being, lying and situate in the Deep Creek borough of the City Chesapeake, Virginia and being designated as a portion of parcel 127, as shown on plat entitled "ALTA/NSPS Land Title Survey Showing a Parcel Owned By MSF Investors II, LLC And Arcadia Equity Associates to be Acquired for U.S. Army Corps of Engineers Bridge Replacement, Deep Creek" and more particularly described as follows:

Point of beginning being at the northwest corner of the above referenced parcel 127 along the existing southern right of way (r/w) of Moses Grandy Trail, with a north coordinate of 3436225.1341 and east coordinate of 12114976.8729; thence, along the aforementioned r/w the following three (3) courses and distances: S 64°33'48" E, 25.40 feet to a point; along a curve to the right having a radius of 50.00 feet, an arc length of 23.92 feet, a chord bearing of s 80°19'36"

E, a chord distance of 23.69 feet and a delta angle of 27°24'26"; along a curve to the right having a radius of 1292.50 feet, an arc length of 41.39 feet, a chord bearing of s 65°42'26" E, a chord distance of 41.39 feet and a delta angle of 01°50'06" to a point; thence, along proposed r/w N 71°57'35" W, 56.62 feet to a point; thence, N 67°56'15" W, 33.49 feet to a point; thence, N 25°26'12" E, 2.00 feet to a point, being the point of beginning, containing 215 square feet or 0.0049 acre.

Being a part of the land identified as "Parcel G" in the deed of distribution recorded 06/30/2020 in book 10173 and page 1502 in the clerk's office of the Circuit Court for the City of Chesapeake, Virginia.

Tract No. 127E-1

**LEGAL DESCRIPTION:** A piece of land being, lying and situate in the Deep Creek borough of the City Chesapeake, Virginia and being designated as a portion of parcel 127, as shown on plat entitled "ALTA/NSPS Land Title Survey Showing A Parcel Owned By MSF Investors II, LLC And Arcadia Equity Associates To Be Acquired For U.S. Army Corps Of Engineers Bridge Replacement, Deep Creek," and more particularly described as follows:

Point of beginning being at the northwest corner of the above referenced parcel 127 along the existing southern right of way (r/w) of Moses Grandy Trail, with a north coordinate of 3436225.1341 and east coordinate of 12114976.8729; thence, S 25°26'12" w, 2.00 feet to a point on the proposed r/w, being the true point of beginning; thence, along said r/w S 67°56'15" E, 33.49 feet to a point; thence, S 71°57'35" E, 34.21 feet to a point; thence, S 83°26'23" W, 79.43 feet to a point; thence, N 25°26'12" E, 35.71 feet to a point, being the true point of beginning, containing 1,163 square feet or 0.0267 acre.

Being a part of the land identified as "Parcel G" in the deed of distribution recorded 06/30/2020 in book 10173 and page 1502 in the clerk's office of the Circuit Court for the City of Chesapeake, Virginia.

Tract No. 127E-2

**LEGAL DESCRIPTION:** A piece of land being, lying and situate in the Deep Creek borough of the City Chesapeake, Virginia and being designated as a portion of parcel 127, as shown on plat entitled "ALTA/NSPS Land Title Survey Showing A Parcel Owned By MSF Investors II, LLC And Arcadia Equity Associates To Be Acquired For U.S. Army Corps Of Engineers Bridge Replacement, Deep Creek," and more particularly described as follows:

Point of beginning being at the northwest corner of the above referenced parcel 127 along the existing southern right of way (r/w) of Moses Grandy Trail, with a north coordinate of 3436225.1341 and east coordinate of 12114976.8729; thence, S 25°26'12" W, 37.71 feet to a point, being the true point of beginning; thence, N 83°26'23" E, 79.43 feet to a point on the proposed southern r/w of Moses Grandy Trail; thence, along said r/w S 71°57'35" E, 22.40 feet to a point; thence, along a curve to the right having a radius of 1292.50 feet, an arc length of 11.29 feet, a chord bearing of S 64°32'22" E, a chord distance of 11.29 feet and a delta angle of 00°30'02"; thence, leaving said r/w S 25°42'39" W, 14.02 feet to a point; thence, N 69°06'15" W, 20.23 feet to a point; thence, along a curve to the left having a radius of 73.00 feet, an arc length of 64.36 feet, a chord bearing of S 85°03'11" W, a chord distance of 62.29 feet and a delta angle of 50°30'38" to a point; thence, S 59°48'25" W, 47.65 feet to a point; thence, N 25°26'12" E, 41.49 feet to a point, being the true point of beginning, containing 1,846 square feet or 0.0424 acre.

Being a part of the land identified as "Parcel G" in the deed of distribution recorded 06/30/2020 in book 10173 and page 1502 in the clerk's office of the Circuit Court for the City of Chesapeake, Virginia.