**SCHEDULE D - PLAT OR MAP OF THE PROPERTY**

**126 FEE** — PROPOSED FEE AREA TO BE ACQUIRED = 205 SQ. FT. OR 0.0047 ACRE

**126 E-1** — AREA TO BE ACQUIRED FOR PROPOSED DRAINAGE DITCH EASEMENT= 95 SQ. FT. OR 0.0022 ACRE

**126 E-2** — AREA TO BE ACQUIRED FOR PROPOSED TEMPORARY WORK AREA EASEMENT= 4253 SQ. FT. OR 0.0976 ACRE

TOTAL AREA OF PARCEL = 375,689 SQ. FT. OR 8.6246 ACRE

TOTAL PARCEL REMAINDER AREA = 375,484 SQ. FT. OR 8.6199 ACRES

### CURVE TABLE

| CURVE | RADIUS | LENGTH | TANGENT | CHORD | CHORD BEARING | DELTA |
|---|---|---|---|---|---|---|
| C1 | 1336.50' | 50.22' | 25.11' | 50.21' | N 69°43'53" W | 02°09'10" |

### REFERENCE TABLE

DATA SHOWN IN THIS REFERENCE TABLE SUPPLIED BY: STEWART TITLE GUARANTY COMPANY
ORDER NUMBER: 15342B; COMMITMENT NUMBER: D-15342B; EFFECTIVE DATE: 01/27/2022

| EXCEPTION NO. | INSTRUMENT | IN FAVOR OF | PURPOSE | COMMENT |
|---|---|---|---|---|
| 10 | M.B. 71, PG. 8 | DEEP CREEK PROPERTY ASSOC. | RESUBDIVSION PLAT | NO COMMENT |
| 11 | M.B. 98, PG. 28&28A | CITY OF CHESAPEAKE, VA | 15' UTILITY EASEMENT | SHOWN ON SURVEY |

### LINE TABLE

| LINE | BEARING | LENGTH |
|---|---|---|
| L1 | N 25°26'12" E | 11.16' |
| L2 | N 25°26'12" E | 11.52' |
| L3 | N 25°26'12" E | 6.52' |
| L4 | S 64°33'48" E | 50.00' |
| L5 | S 38°13'36" E | 11.97' |
| L6 | S 51°46'24" W | 10.00' |
| L7 | S 38°13'36" W | 7.02' |
| L8 | S 25°26'12" W | 2.00' |

POINT OF BEGINNING
N 3436246.6097
E 12114931.7194
+63.47
57.03' R

**MOSES GRANDY TRAIL**
(VARIABLE WIDTH PUBLIC R/W)
M.B. 65, PG. 69
M.B. 145, PG. 44
EXISTING R/W

SEE DETAIL

TRUE POINT OF BEGINNING E-2

**126 FEE**

EXISTING R/W

TRUE POINT OF BEGINNING E-1

PROPOSED DRAINAGE DITCH EASEMENT **126 E-1**

PROPOSED R/W

**125**
BNE RESTAURANT GROUP II, L.L.C.
LOT "H"
D.B. 3481, PG. 71
M.B. 98, PGS. 28 & 28A
TAX MAP # 0340000002390

**DETAIL**
(NTS)

INGRESS/EGRESS EASEMENT FOR PARCELS "E", "G" & "H"
M.B. 95, PG.59-59B

**127**

MSF INVESTORS II, LLC AND ARCADIA EQUITY ASSOCIATES
D.B. 10179, PGS. 46-53
M.B. 145, PG. 44
M.B. 98, PGS. 28 & 28A
TAX MAP # 0340000002380

PROPOSED TEMPORARY WORK AREA EASEMENT **126 E-2**

EXISTING R/W

N 53°06'55" E 139.63'

S 53°06'55" E 50.00'

0.42'

SOUTH ZONE (1984 HARN ADJUSTMENT) VIRGINIA COORDINATE SYSTEM OF 1983

LIGHT POLE

ST. COL.

3' DRAINAGE EASEMENT (NOT NOTED IN EXCEPTIONS)

MSF INVESTORS II, LLC AND ARCADIA EQUITY ASSOCIATES
LOT "F"
D.B. 10179, PGS. 46-53
M.B. 98, PGS. 28 & 28A
TAX MAP # 0340000002360

15' UTILITY EASEMENT
M.B. 95, PGS. 59-59B
M.B. 98, PG. 28
#2

N 64°33'29" W 50.00'

**126**
MSF INVESTORS II, LLC AND ARCADIA EQUITY ASSOCIATES
LOT "E"
D.B. 10179, PGS. 46-53
M.B. 98, PGS. 28 & 28A
TAX MAP # 0340000002360

15' PRIVATE DRAINAGE EASEMENT M.B.95, PG.59-59B

30' DRAINAGE EASEMENT M.B.95, PG.59-59B (NOT LISTED IN EXCEPTIONS)

189.00' S 53°06'55" W

20' DRAINAGE EASEMENT M.B. 95, PG.59-59B (NOT LISTED IN EXCEPTIONS)

20' PRIVATE DRAINAGE EASEMENT M.B. 95, PG.59-59B

### LEGEND

- SMALL CIRCLE (FILLED) "●" DENOTES CITY STANDARD RW-1 PERMANENT CONCRETE MONUMENT TO BE SET
- SMALL CIRCLE "○" DENOTES PIN OR OTHER MARKER FOUND OR TO BE SET
- SMALL CIRCLE "○" DENOTES EXISTING PROPERTY LINE INTERSECTION
- EXISTING RIGHT-OF-WAY
- PROPOSED RIGHT-OF-WAY
- EXISTING PROPERTY LINE
- EXISTING INTERIOR PROPERTY LINE (SAME OWNER)
- EXISTING EASEMENT
- PROPOSED PROPERTY LINE
- TEMP. WORK AREA EASEMENT
- PROPOSED DRAINAGE DITCH EASEMENT
- "(OA)" DENOTES "OVERALL"

### CERTIFICATION

TO UNITED STATES OF AMERICA, ITS SUCCESSORS AND/OR ASSIGNS AS THEIR INTEREST MAY APPEAR.

THIS IS TO CERTIFY THAT THIS MAP OR PLAT AND THE SURVEY ON WHICH IT IS BASED WERE MADE IN ACCORDANCE WITH THE "MINIMUM STANDARD DETAIL REQUIREMENTS FOR ALTA/NSPS LAND TITLE SURVEYS," JOINTLY ESTABLISHED AND ADOPTED BY ALTA AND NSPS IN 2016, AND CONTAINS ITEMS 1, 4, 8, 11 & 17 OF TABLE A THEREOF. THE FIELD WORK WAS COMPLETED ON JUNE 19, 2017.

SIGNED: *John G. Horton*

SITE KEYPLAN

MOSES GRANDY TRAIL

AREA OF INTEREST

REMAINDER

**126**

GEORGE WASHINGTON HIGHWAY SOUTH

COMMONWEALTH OF VIRGINIA
JOHN G. HORTON
*John G. Horton*
Lic. No. 1422
2/15/2022
LAND SURVEYOR

**ALTA/NSPS LAND TITLE SURVEY**
SHOWING A PORTION OF A PARCEL OWNED BY
MSF INVESTORS II, LLC AND
ARCADIA EQUITY ASSOCIATES
TO BE ACQUIRED FOR
U.S. ARMY CORPS OF ENGINEERS
BRIDGE REPLACEMENT, DEEP CREEK
DEEP CREEK BOROUGH — CHESAPEAKE, VIRGINIA

SCALE: 1"=25'

### GRAPHIC SCALE

25 — 0 — 25 — 50
SCALE IN FEET    1 INCH=25 FT.

HORTON & DODD
A DIVISION OF KBJW
SURVEYORS, ENGINEERS & PLANNERS
CHESAPEAKE, VIRGINIA 23323
(757) 487-4535



**127 FEE** — AREA TO BE ACQUIRED FOR PROPOSED FEE= 215 SQ. FT. OR 0.0049 ACRE

**127 E-1** — AREA TO BE ACQUIRED FOR PROPOSED PERMANENT DRAINAGE DITCH EASEMENT= 1163 SQ. FT. OR 0.0267 ACRE

**127 E-2** — AREA TO BE ACQUIRED FOR TEMPORARY WORK AREA EASEMENT= 1846 SQ. FT. OR 0.0424 ACRE

TOTAL AREA OF PARCEL 127 = 31,383 SQ. FT. OR 0.7205 ACRE

TOTAL PARCEL REMAINDER AREA = 31,169 SQ. FT. OR 0.7155 ACRE



**127 FEE**
POINT OF BEGINNING
N 25°26'12" E  2.00'
S 64°33'48" E  25.40'
S 67°56'15" E  33.49'
C1
TRUE POINT OF BEGINNING (127 E-1)
PROPOSED R/W
**DETAIL 1**
(NTS)

| LINE TABLE | | |
|---|---|---|
| LINE | BEARING | LENGTH |
| L1 | N 83°26'23" E | 79.43' |
| L2 | S 71°57'35" E | 34.21' |
| L3 | S 71°57'35" E | 22.40' |
| L4 | N 25°42'39" E | 14.02' |
| L5 | S 71°57'35" E | 56.62' |

| CURVE TABLE | | | | | | |
|---|---|---|---|---|---|---|
| CURVE | RADIUS | LENGTH | TANGENT | CHORD | CHORD BEARING | DELTA |
| C1 | 50.00' | 23.92' | 12.19' | 23.69' | S 80°19'36" E | 27°24'26" |
| C2 | 1292.50' | 41.39' | 20.70' | 41.39' | S 65°42'26" E | 01°50'06" |
| C3 | 1292.50' | 72.61' | 36.32' | 72.60' | S 63°10'49" E | 03°13'08" |
| C4 | 50.00' | 43.54' | 23.26' | 42.17' | S 36°37'34" E | 49°53'14" |
| C5 | 73.00' | 64.36' | 34.44' | 62.29' | N 85°03'11" E | 50°30'38" |
| C6 | 1292.50' | 11.29' | 5.64' | 11.29' | S 64°32'22"E | 00°30'02" |



SEE DETAIL 1

**127 FEE**
PROPOSED R/W

(POINT OF BEGINNING)
N 3436225.1341
E 12114976.8729
+15.46
61.51'

TRUE POINT OF BEGINNING (127 E-1)
PROPOSED DRAINAGE DITCH EASEMENT
**127 E-1**

TRUE POINT OF BEGINNING (127 E-2)

PROPOSED TEMPORARY WORK AREA EASEMENT
**127 E-2**

MOSES GRANDY TRAIL
(VARIABLE WIDTH R/W)
M.B. 65, PG. 69
M.B. 145, PG. 44

REMAINING PORTION OF 15' R/W RESERVATION & UTILITY EASEMENT M.B.95, PG.59 (NOT NOTED IN EXCEPTIONS LIST)

EXISTING R/W

VARIABLE WIDTH DRAINAGE EASEMENT M.B.145, PG.44 (NOT NOTED IN EXCEPTIONS LIST)

S 53°06'55" E  16.91'

20.23'
S 69°06'15" E

(126)

(127)
MSF INVESTORS II, LLC AND ARCADIA EQUITY ASSOCIATES
D.B. 10179, PGS. 46–53
M.B. 98, PGS. 28 & 28A
TAX MAP # 0340000002380

(126)

M.B.95, PG.59–59B
15' UTILITY EASEMENT
(NOT NOTED IN EXCEPTIONS LIST)

(126)
NOW OR FORMERLY
MSF INVESTORS II, LLC AND ARCADIA EQUITY ASSOCIATES
D.B. 10179, PGS 46–53
LOT "E"
M.B. 98, PG. 28 & 28A
TAX MAP # 0340000002360

N 53°06'55" W  189.00'

20' DRAINAGE EASEMENT M.B.95, PG.59–59B

(NOT NOTED IN EXCEPTIONS LIST)

25' DRAINAGE EASEMENT M.B.95, PG.59–59B

SMALL CIRCLE (FILLED) "●" DENOTES CITY STANDARD RW-1 PERMANENT CONCRETE MONUMENT TO BE SET

SMALL CIRCLE "O" DENOTES PIN OR OTHER MARKER FOUND OR TO BE SET

SMALL CIRCLE "⊙" DENOTES EXISTING PROPERTY LINE INTERSECTION

EXISTING RIGHT-OF-WAY

PROPOSED RIGHT-OF-WAY

EXISTING PROPERTY LINE

EXISTING INTERIOR PROPERTY LINE (SAME OWNER)

EXISTING EASEMENT

PROPOSED PROPERTY LINE

TEMP. WORK AREA EASEMENT

PROPOSED DRAINAGE DITCH EASEMENT

VIRGINIA COORDINATE SYSTEM OF 1983 SOUTH ZONE (NAD 1983 HARN READJUSTMENT)

## CERTIFICATION

TO UNITED STATES OF AMERICA, ITS SUCCESSORS AND/OR ASSIGNS AS THEIR INTEREST MAY APPEAR.

THIS IS TO CERTIFY THAT THIS MAP OR PLAT AND THE SURVEY ON WHICH IT IS BASED WERE MADE IN ACCORDANCE WITH THE "MINIMUM STANDARD DETAIL REQUIREMENTS FOR ALTA/NSPS LAND TITLE SURVEYS," JOINTLY ESTABLISHED AND ADOPTED BY ALTA AND NSPS IN 2016, AND CONTAINS ITEMS 1, 4, 8, 11 & 17 OF TABLE A THEREOF. THE FIELD WORK WAS COMPLETED ON JUNE 19, 2017.

SIGNED: *John G. Horton*


COMMONWEALTH OF VIRGINIA
JOHN G. HORTON
Lic. No. 1422
2/15/2022
LAND SURVEYOR

ALTA/NSPS LAND TITLE SURVEY
SHOWING A PARCEL OWNED BY
MSF INVESTORS II, LLC AND
ARCADIA EQUITY ASSOCIATES
TO BE ACQUIRED FOR
U.S. ARMY CORPS OF ENGINEERS
BRIDGE REPLACEMENT, DEEP CREEK
DEEP CREEK BOROUGH – CHESAPEAKE, VIRGINIA
SCALE: 1"=25'

| REFERENCE TABLE | | | | |
|---|---|---|---|---|
| DATA SHOWN IN THIS REFERENCE TABLE SUPPLIED BY: STEWART TITLE GUARANTY COMPANY ORDER NUMBER: 153581; COMMITMENT NUMBER: 0–153581; EFFECTIVE DATE: 02/07/2022 | | | | |
| EXCEPTION NO. | INSTRUMENT | IN FAVOR OF | PURPOSE | COMMENT |
| 10 | D.B. 2483, PG. 187 | DEEP CREEK PROPERTY ASSOC. | VARIOUS ESMTS. & R/W RESERV. | NO COMMENT |
| | M.B. 71, PG. 8 | DEEP CREEK PROPERTY ASSOC. | RESUBDIVISION PLAT | NO COMMENT |
| 12 | M.B. 65, PG. 69 | CITY OF CHESAPEAKE, VA | RIGHT-OF-WAY DEDICATION | SHOWN ON SURVEY |

GRAPHIC SCALE
25   0   25   50
SCALE IN FEET    1 INCH=25 FT.



HORTON & DODD
A DIVISION OF KBJW
SURVEYORS, ENGINEERS & PLANNERS
CHESAPEAKE, VIRGINIA 23323
(757) 487–4535