**SCHEDULE F**

<u>ESTIMATE OF JUST COMPENSATION</u>

    The sum estimated as just compensation for the land being taken is FORTY-ONE THOUSAND EIGHT HUNDRED FOURTEEN DOLLARS AND NO/00 ($41,814.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.