## SCHEDULE G

# INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference (if known) |
|---|---|
| MSF Investors II, LLC, *a Virginia limited liability company*<br>P.O. Box 826<br>Virginia Beach, VA 23451<br><br>c/o Mr. Joshua Baker<br>Waldo & Lyle, P.C.<br>301 West Freemason Street<br>Norfolk, VA 23510 | Tract Nos. 126 Fee, 126E-1, 126E-2<br>127 Fee, 127E-1, 127E-2<br><br>Deed from Deep Creek Property Associates to MSF Investors II, LLC and Arcadia Equity Associates dated June 30, 2020 and recorded June 30, 2020 in Deed Book 10173 at Page 1502 |
| Arcadia Equity Associates, *a North Carolina general partnership*<br>4530 Park Rd. Suite 410<br>Charlotte, NC 28209<br><br>c/o Mr. Joshua Baker<br>Waldo & Lyle, P.C.<br>301 West Freemason Street<br>Norfolk, VA 23510 | Tract Nos. 126 Fee, 126E-1, 126E-2<br>127 Fee, 127E-1, 127E-2<br><br>Deed from Deep Creek Property Associates to MSF Investors II, LLC and Arcadia Equity Associates dated June 30, 2020 and recorded June 30, 2020 in Deed Book 10173 at Page 1502 |
| City of Chesapeake, Virginia<br><br>City Attorney for the City of Chesapeake, Virginia<br>306 Cedar Road<br>Chesapeake, VA 23322 | Tract Nos. 126 Fee, 126E-1, 126E-2<br>127 Fee, 127E-1, 127E-2<br><br>Taxing Authority |
| Bank of America, National Association<br>c/o CT Corporation System,<br>Registered Agent<br>4701 Cox Road Suite 285<br>Glen Allen, VA 23060 | Tract Nos. 126 Fee, 126E-1, 126E-2<br><br>Assignment of Loan Documents from Protective Life Insurance Company to Lasalle Bank National Association recorded December 19, 2007 in Deed Book 7443 at Page 803 |
| Protective Life Insurance Company, *a Tennessee Corporation*<br>c/o CT Corporation System,<br>Registered Agent<br>4701 Cox Road Suite 285<br>Glen Allen, VA 23060 | Tract Nos. 126 Fee, 126E-1, 126E-2<br><br>Assignment of Loan Documents to Protective Life Insurance Company recorded February 22, 2018 in Deed Book 9885 at Page 1913 |

| | |
|---|---|
| B. Randolph Boyd, *in his capacity as Trustee of the Credit Line Deed of Trust and Security Agreement dated October 27, 1997*<br>4343 Kimages Wharf Road<br>Charles City, VA 23030 | Tract Nos. 126 Fee, 126E-1, 126E-2<br><br>Credit Line Deed of Trust and Security Agreement dated October 27, 1997 and recorded in Deed Book 3570 at Page 789 |
| Chang Tao Lin, Inc., *a Virginia corporation*<br>c/o Chang Tao Lin, Registered Agent<br>816 S. Rosemont Road<br>Virginia Beach, VA 23452ve | Tract Nos. 126, 126E-1, 126E-2 |
| Deep Creek Comics, LLC, *a Virginia limited liability company*<br>c/o Jeffrey Smithwick, Registered Agent<br>241 Palace Green Blvd<br>Virginia Beach, VA 23452 | Tract Nos. 126 Fee, 126E-1, 126E-2 |
| Golden China Lee Inc., *a Virginia corporation*<br>c/o Xin Hai Li, Registered Agent<br>2617 Moses Grandy Trail, Suite 104<br>Chesapeake, VA 23323 | Tract Nos. 126 Fee, 126E-1, 126E-2 |
| H Huynh LLC, *a Virginia limited liability company*<br>c/o Huy Huynh, Registered Agent<br>2617 Moses Grandy Trail, Suite 106<br>Chesapeake, VA 23323 | Tract Nos. 126 Fee, 126E-1, 126E-2 |
| LOJ Corporation, *a Virginia corporation*<br>c/o Kyoung H. Lee, Registered Agent<br>2617 Moses Grandy Trail, Suite 108<br>Chesapeake, VA 23323 | Tract Nos. 126, 126E-1, 126E-2 |
| Mohamed Arfaoui<br>2617 Moses Grandy Trail, Suite 110<br>Chesapeake, VA 23323 | Tract Nos. 126, 126E-1, 126E-2 |
| Deep Creek Pizza LLC, *a Virginia limited liability company*<br>c/o Kristen Jurjevich, Registered Agent<br>Pender & Coward, P.C.<br>222 Central Park Avenue, Suite 400<br>Virginia Beach, VA 23462 | Tract Nos. 126, 126E-1, 126E-2 |
| Dolgen, LLC, *a Kentucky limited liability company*<br>c/o Corporation Service Company, Registered Agent<br>100 Shockoe Slip Fl 2<br>Richmond, VA 23219 | Tract Nos. 126, 126E-1, 126E-2 |

| | |
|---|---|
| Food Lion, LLC, *a North Carolina limited liability company* <br> c/o Corporation Service Company, Registered Agent <br> 100 Shockoe Slip Fl 2 <br> Richmond, VA 23219 | Tract Nos. 126, 126E-1, 126E-2 |
| Samantha Rudolph Photography LLC, *a Virginia limited liability company* <br> c/o Samantha Rudolph, Registered Agent <br> 2617 Moses Grandy Trail, Suite 120 <br> Chesapeake, VA 23323 | Tract Nos. 126, 126E-1, 126E-2 |
| El Puente II of Chesapeake, Inc., *a Virginia corporation* <br> c/o Ricardo Perez, Registered Agent <br> 104 Watch Harbour Court <br> Suffolk, VA 23435 | Tract Nos. 126, 126E-1, 126E-2 |
| Howard P. Cobb, D.D.S., P.C., *a Virginia professional corporation* <br> c/o Christopher Graff, Registered Agent <br> 4912 Athens Boulevard <br> Virginia Beach, VA 23455 | Tract Nos. 126, 126E-1, 126E-2 |
| Deacon Insurance Agency, Inc., *a Virginia corporation* <br> c/o William Stewart Deacon III, Registered Agent <br> 2605 Moses Grandy Trail, Suite A <br> Chesapeake, VA 23323 | Tract Nos. 126, 126E-1, 126E-2 |
| Waffle House, Inc., *a Georgia corporation* <br> c/o Corporation Service Company, Registered Agent <br> 100 Shockoe Slip Fl 2 <br> Richmond, VA 23219 | Tract Nos. 126, 126E-1, 126E-2 <br><br> Declaration of Easement, Covenants and Restrictions recorded in book 2483 page 187 |
| Lynch Family LLC, *a Virginia limited liability company* <br> c/o John C. Lynch, Registered Agent <br> 222 Central Park Avenue, Suite 2000 <br> Virginia Beach, VA 23462 | Tract Nos. 126, 126E-1, 126E-2 <br><br> Declaration of Easement, Covenants and Restrictions recorded in book 2483 page 187 |
| Advance Auto Parts, Inc., *a Delaware corporation* <br> c/o Corporation Service Company, Registered Agent <br> 100 Shockoe Slip Fl 2 <br> Richmond, VA 23219 | Tract Nos. 126, 126E-1, 126E-2 <br><br> Declaration of Easement, Covenants and Restrictions recorded in book 2483 page 187 |
| Boddie-Noell Enterprises, Inc., *a North Carolina corporation* (as successor-by- | Tract Nos. 126, 126E-1, 126E-2 |

| | |
|---|---|
| merger to BNE Restaurant Group II LLC)<br>c/o CT Corporation System, Registered Agent<br>4701 Cox Road Suite 285<br>Glen Allen, VA 23060 | Declaration of Easement, Covenants and Restrictions recorded in book 2483 page 187 |