# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)  Civil Case No. 2:24-cv-00023-AWA-RJK<br>) |
| **0.1785 ACRES OF LAND, MORE OR LESS, SITUATE IN CHESAPEAKE VIRGINIA, AND MSF INVESTORS II, LLC, ET AL.,** | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## UNITED STATES' UNOPPOSED MOTION TO CONTINUE DISCOVERY AND MOTION DEADLINES

Plaintiff United States of America respectfully submits this Unopposed Motion to Continue Discovery and Motion Deadlines. This motion is supported by the accompanying memorandum. A proposed order is included as an attachment to this filing.

The United States conferred with Counsel for the parties who have appeared and remain in this case: Defendants MSF Investors II, LLC, Arcadia Equity Associates, and Starbucks Corporation. These parties do not oppose this Motion.

| | |
|---|---|
| DATED: March 17, 2025 | Respectfully submitted, |
| ERIK S. SIEBERT<br>UNITED STATES ATTORNEY | ADAM R.F. GUSTAFSON<br>PRINCIPAL DEPUTY ASSISTANT<br>ATTORNEY GENERAL<br>ENVIRONMENT AND NATURAL<br>RESOURCES DIVISION |
|    */s/  Garry D. Hartlieb*<br>GARRY D. HARTLIEB<br>     IL Bar No. 6322571<br>Assistant United States Attorney<br>101 West Main Street, Suite 8000<br>Norfolk, VA 23510-1671<br>Tel: (757) 441-6331<br>Fax: (757) 441-6689<br>E-mail: Garry.Hartlieb@usdoj.gov | */s/ Joseph A. Figueroa*<br>SCOTT W. STEMETZKI<br>     VA Bar No. 86246 (Associate member)<br>     Washington, DC Bar No. 1030512<br>JOSEPH A. FIGUEROA<br>     VA Bar No. 87517 (Associate member)<br>     Washington, DC Bar No. 1500237<br>Land Acquisition Section<br>Environment and Natural Resources Division<br>P.O. Box 7611<br>Ben Franklin Station<br>Washington, DC 20002<br>Tel: (202) 598-9735<br>Fax: (202) 514-8865<br>E-mail: Scott.Stemetzki@usdoj.gov<br>       Joseph.Figueroa@usdoj.gov<br><br>*Attorneys for Plaintiff United States of America* |

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the above document with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

    I further certify that the foregoing Motion was mailed to the following parties:

| | |
|---|---|
| City of Chesapeake, Virginia<br>City Attorney for the City of Chesapeake, Virginia<br>306 Cedar Road<br>Chesapeake, VA 23322 | H Huynh LLC, *a Virginia limited liability company*<br>c/o Huy Huynh, Registered Agent<br>2617 Moses Grandy Trail, Suite 106<br>Chesapeake, VA 23323 |
| Bank of America, National Association<br>c/o CT Corporation System, Registered Agent<br>4701 Cox Road Suite 285<br>Glen Allen, VA 23060 | LOJ Corporation, *a Virginia corporation*<br>c/o Kyoung H. Lee, Registered Agent<br>2617 Moses Grandy Trail, Suite 108<br>Chesapeake, VA 23323 |
| Protective Life Insurance Company, *a Tennessee Corporation*<br>c/o CT Corporation System, Registered Agent<br>4701 Cox Road Suite 285<br>Glen Allen, VA 23060 | Mohamed Arfaoui<br>2617 Moses Grandy Trail, Suite 110<br>Chesapeake, VA 23323 |
| B. Randolph Boyd, *in his capacity as Trustee of the Credit Line Deed of Trust and Security Agreement dated October 27, 1997*<br>4343 Kimages Wharf Road<br>Charles City, VA 23030 | Deep Creek Pizza LLC, *a Virginia limited liability company*<br>c/o Kristen Jurjevich, Registered Agent<br>Pender & Coward, P.C.<br>222 Central Park Avenue, Suite 400<br>Virginia Beach, VA 23462 |
| Chang Tao Lin, Inc., *a Virginia corporation*<br>c/o Chang Tao Lin, Registered Agent<br>816 S. Rosemont Road<br>Virginia Beach, VA 23452 | Dolgen, LLC, *a Kentucky limited liability company*<br>c/o Corporation Service Company, Registered Agent<br>100 Shockoe Slip Fl 2<br>Richmond, VA 23219 |
| Deep Creek Comics, LLC, *a Virginia limited liability company*<br>c/o Jeffrey Smithwick, Registered Agent<br>241 Palace Green Blvd<br>Virginia Beach, VA 23452 | Samantha Rudolph Photography LLC, *a Virginia limited liability company*<br>c/o Samantha Rudolph, Registered Agent<br>2617 Moses Grandy Trail, Suite 120<br>Chesapeake, VA 23323 |
| Golden China Lee Inc., *a Virginia corporation*<br>c/o Xin Hai Li, Registered Agent<br>2617 Moses Grandy Trail, Suite 104<br>Chesapeake, VA 23323 | El Puente II of Chesapeake, Inc., *a Virginia corporation*<br>c/o Ricardo Perez, Registered Agent<br>104 Watch Harbour Court<br>Suffolk, VA 23435 |

| | |
|---|---|
| Waffle House, Inc., *a Georgia corporation*<br>c/o Corporation Service Company, Registered Agent<br>100 Shockoe Slip Fl 2<br>Richmond, VA 23219 | Howard P. Cobb, D.D.S., P.C., *a Virginia professional corporation*<br>c/o Christopher Graff, Registered Agent<br>4912 Athens Boulevard<br>Virginia Beach, VA 23455 |
| Lynch Family LLC, *a Virginia limited liability company*<br>c/o John C. Lynch, Registered Agent<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462 | Deacon Insurance Agency, Inc., *a Virginia corporation*<br>c/o William Stewart Deacon III, Registered Agent<br>2605 Moses Grandy Trail, Suite A<br>Chesapeake, VA 23323 |
| Advance Auto Parts, Inc., *a Delaware corporation*<br>c/o Corporation Service Company, Registered Agent<br>100 Shockoe Slip Fl 2<br>Richmond, VA 23219 | Boddie-Noell Enterprises, Inc., *a North Carolina corporation* (as successor-by-merger to BNE Restaurant Group II LLC)<br>c/o CT Corporation System, Registered Agent<br>4701 Cox Road Suite 285<br>Glen Allen, VA 23060 |

DATED: March 17, 2025

*/s/ Joseph A. Figueroa*
Joseph A. Figueroa
Attorney, U.S. Department of Justice